**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:    Patricia Glover                    Date: February 2, 2010
Court Reporter:      Paul Zuckerman

Criminal Action No. 09-cr-00448-MSK

_Parties_:                                          _Counsel Appearing:_

UNITED STATES OF AMERICA,                           David Conner

        Plaintiff,

v.

FRANK NAVARRO,                                      Lisa Moses

        Defendant.

---

## COURTROOM MINUTES

---

HEARING:    Motions

**9:05 a.m.        Court in session.**

Defendant present in custody.

The Court addresses defendant's Motion for Discovery (**Doc. #16**).

Counsel agree that the issue in the motion is resolved.

**ORDER:**        Defendant's Motion for Discovery (**Doc. #16**) is **DENIED as moot.**

The Court address defendant's Motion for Discovery for Identification of Witnesses (**Doc. #17**).

Argument by both counsel.

**ORDER:**        Defendant's Motion for Discovery for Identification of Witnesses (**Doc. #17**) is
           **GRANTED** insofar as the Government provides the information it already has.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses defendant's Motion for 404(b) Evidence (**Doc. #19**)

**ORDER:**     The defendant's Motion for 404(b) Evidence (**Doc. #19**) **is GRANTED** to the extent the Government has agreed to  supply the requested disclosure 21 days before trial.

The Court addresses defendant's Motion for Disclosure of Grand Jury Material (**Doc. #20**).

Argument by counsel.

**ORDER:**     Defendant's Motion for Disclosure of Grand Jury Material (**Doc. #20**) and oral supplementation are **DENIED.**

The Court addresses defendant's Motion for Extension of Time to File Motions (**Doc. #21**).

Argument by counsel.

The Court addresses defendant's Motion to Vacate Motions Hearing, Trial Preparation Conference and Jury Trial (**Doc. #22**).

Argument by defendant's counsel.

**9:23 a.m.**     **Court in recess**
**9:34 a.m.**     **Court in session**

Continued argument by defendant's counsel.  The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**     The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.  Defendant's Motion to Vacate Motions Hearing, Trial Preparation Conference and Jury Trial (**Doc. #22**) is **GRANTED.**  The trial currently scheduled for **February 16, 2010 at 1:00 p.m.** and the Trial Preparation Conference set for **February 12, 2010 at 4:30 are both VACATED** and reset to **May 11, 2010 (through May 14) at 8:30 a.m.** and Final Trial Preparation on **May 7, 2010 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**     Defendant's Motion for Extension of time to File Motions (**Doc. #21**) is
**GRANTED.**  Motions will be filed by **March 31, 2010** and Government's
response(s) will be filed by **April 7, 2010.**

The Court addresses defendant's Motion for Order of Release of Presentence Report (**Doc. #25**).

Argument by counsel.  The Government has no objection.

**ORDER:**     Defendant's Motion for Order of Release of Presentence Report (**Doc. #25) is
GRANTED.**

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal.

**9:47 a.m.**     **Court in recess.**

**Total Time:   42 minutes.**
**Hearing concluded.**