IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00448-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      FRANK NAVARRO,

        Defendant.

## ORDER RESETTING TRIAL AND TRIAL PREPARATION CONFERENCE

THIS MATTER comes before the Court for a resetting of a trial. An initial trial date in this matter was set, but the trial was vacated in accordance with the provisions of 18 U.S.C. § 3161 and the Local Rules of Practice of the United States District Court for the District of Colorado effective April 15, 2002, the following settings and deadlines will be applicable in this matter:

### A. TRIAL

The above-captioned matter is reset for a four-day trial to a jury of twelve, plus alternates, commencing **August 23, 2010**, at **1:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

### B. TRIAL PREPARATION

In order to expeditiously and efficiently prepare this matter for trial, a trial preparation conference has been scheduled for **August 19, 2010**, at **3:30 p.m.** The parties are expected to be

fully prepared for trial at that time, and lead counsel who will try the case shall attend.

## C. PLEA AGREEMENTS

Local Rule D.C.COLO.LCrR 11.1 is applicable in this matter. A Notice of Disposition shall be filed **no later than 14 days** before the above stated trial date.

DATED this 16th day of July, 2010.

BY THE COURT:

Marcia S. Krieger
United States District Judge