**IN THE UNITED STATES DISTRICT COURT**
                     **FOR THE DISTRICT OF COLORADO**
                      **HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover           Date: August 19, 2010
Court Reporter:     Paul Zuckerman

Criminal Action No. 09-cr-00448-MSK

*Parties*:                                    *Counsel Appearing:*

UNITED STATES OF AMERICA,                     David Conner

    Plaintiff,

v.

FRANK NAVARRO,                                Lisa Moses

    Defendant.

---

## COURTROOM MINUTES

---

HEARING:   Motions

**3:36 p.m.   Court in session.**

The Court addresses defendant's *pro se* Motion for Reconsideration (**Doc. #63**).

**ORDER**:   Defendant's *pro se* Motion for Reconsideration (**Doc. #63) is DENIED**.

The Court addresses Motion to Withdraw as Attorney (**Doc. #65**).

The Government is temporarily excused from the hearing.

Argument by Ms. Moses.

Statement by defendant.

**3:59 p.m.   Court in recess**
**4:04 p.m.   Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Further argument by Ms. Moses.

Oral findings are made of record and incorporated herein.

**ORDER:** Defense counsel's Motion to Withdraw (**Doc. #65**) is **GRANTED.** New CJA counsel will be appointed to represent defendant.

The Government rejoins the hearing and is advised of the Court's ruling.

ORDER: By **September 2, 2010**, either a motion to continue the trial under Speedy Trial Act will be filed or counsel will obtain a date that conforms with the Speedy Trial Act. The trial currently set for ay **August 23, 2010 at 1:00 p.m.** is **VACATED.**

**4:11 p.m.** **Court in recess.**

**Total Time:** 30 minutes.
**Hearing concluded.**