IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00448-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      FRANK NAVARRO,

        Defendant.

_____

## ORDER OF TRANSFER
_____

THIS MATTER comes before the Court *sua sponte*. In order to ensure the Defendant's right to a speedy trial under the provisions of 18 U.S.C. § 3161, this matter is subject to reassignment pursuant to D.C.COLO.LCrR 50.1.A. With the approval of Chief Judge Wiley Y. Daniel,

**IT IS THEREFORE ORDERED** that this case is hereby transferred to the Honorable John L. Kane. The Clerk shall effect such transfer.

DATED this 23rd day of September, 2010.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge