IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-448-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**FRANK NAVARRO,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motions Hearing/Status Conference set for November 29, 2010 is **VACATED AND RESET** for **November 30, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 23, 2010