IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-448-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**FRANK NAVARRO,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      This matter is set for a 5-day Jury Trial to commence on January 24, 2011 at 9:00 a.m. Counsel shall be available in the courtroom no later than 8:30 a.m. on the first day of trial. A Final Trial Preparation Conference is set for January 12, 2011 at 2:00 p.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Proposed Jury Instructions shall be submitted no later than January 10, 2011.

Dated:  November 30, 2010