IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-448-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**FRANK NAVARRO,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Counsel shall contact chambers no later than January 18, 2011 to obtain a new date for the Change of Plea Hearing, or in the alternative, a new trial date.

Dated:  January 11, 2011