IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-448-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**FRANK NAVARRO,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Change of Plea Hearing is re-set for **January 25, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: January 18, 2011